# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1708
_____

Dustin Robinson

    Appellant,

    v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance E. Neff, Judge.

May 13, 2026

Per Curiam.

    Affirmed.

Rowe, Ray and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.